UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.06-167 (RBW)** |
| | : | |
| **v.** | : | |
| | : | |
| **NATHANIEL TAYLOR** | : | |
| **Defendant.** | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Perham Gorji, at telephone number 202-353-8822 and/or email address Perham.Gorji@usdoj.gov  Perham Gorji will substitute for Assistant United States Attorney Angela George as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Perham Gorji
Assistant United States Attorney
Federal Major Crimes
555 4th Street, NW, Room 4233
Washington, DC 20530
202-353-8822