WARRANT FOR ARREST

CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> V. <br><br> NATHANIEL TAYLOR <br><br><br> DOB: _____     PDID#_____ | DOCKET NO: 06-167 (RBW)    MAGIS. NO: 06-258 <br> NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED <br><br> **FILED** <br> NOV 0 1 2006 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST |
|---|---|
| ☑ Order of Court     ☐ Information <br> ☐ Indictment        ☐ Complaint | |

| TO:  ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |
|---|---|

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before
the nearest available Magistrate Judge to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

FAILURE TO REPORT THE UNITED STATES DISTRICT COURT TO APPEAR BEFORE
MAGISTRATE JUDGE JOHN M. FACCIOLA ON 06/05/06 AS ORDERED BY THE D. C. SUPERIOR
COURT.

18 USC 922 (g)(1) Unlawful Possession of a Firearm

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 18 USC 922 (a)(1) |
|---|---|

| BAIL FIXED BY COURT: <br> HWOB | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY: <br> MAGISTRATE JUDGE JOHN M. FACCIOLA | JUDGE/MAGISTRATE JUDGE <br> MAGISTRATE JUDGE JOHN M. FACCIOLA | DATE ISSUED: <br> 06/07/06 |
|---|---|---|

| CLERK OF COURT: <br> Nancy Mayer-Whittington | BY DEPUTY CLERK: <br> *Lynn D. Cole* | DATE: <br> 06/07/06 |
|---|---|---|

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED <br> 11/01/06 <br> DATE EXECUTED <br> 11/01/06 | NAME AND TITLE OF ARRESTING OFFICER <br> D.L. BALDWIN <br> SDOSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|

273752