UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-167 (RBW) |
| | : | |
| NATHANIEL TAYLOR | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## NOTICE OF FILING

The government requests that the attached discovery letter, dated November 6, 2006, without enclosures, be made part of the record in this case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

By: _____
Perham Gorji
Assistant United States Attorney
Delaware Bar No. 3737
U.S. Attorney's Office
555 4th Street, N.W., Rm. 4233
Washington, D.C. 20530
(202) 353-8822

## Certificate of Service

I hereby certify that a copy of the Notice of Filing and the attached discovery letter dated November 6, 2006, with enclosures, were served by hand, as requested by counsel of record for the defendant, Tony Axam, Esquire, to the Fifth Floor Receptionist of the Federal Public Defender Office, attn: Tony Axam, Esquire, 625 Indiana Avenue, NW, Suite 550, Washington, DC 20004, this __7th__ day of November, 2006.

_____

Assistant United States Attorney