

U.S. Department of Justice

United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20001*

November 6, 2006

Tony Axam, Esquire
Federal Public Defender
625 Indiana Ave., N.W.
Suite 550
Washington, DC 20004
202-208-7500 x 129
tony_axam@fd.org

                Re:    <u>United States v. Nathaniel Taylor</u>
                         Case No. 06-167 (RBW)

Dear Counsel:

      I am writing to provide you with certain information in response to your request for discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure as well as a plea offer.

**I.    Charges and Plea Offer**

      Your client, Nathaniel Taylor, PDID 374-348, is currently charged with the following offenses: Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1) and one count of Simple Possession of a Controlled Substance (cocaine base), in violation of 21 U.S.C. § 844.

      If your client agrees to plead guilty to Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, the government will agree to:

    1.    dismiss the remaining or greater charges at the time of sentencing;
    2.    dismiss pending D.C. Superior Court Case No. 2006CMD24007;
    3.    waive any applicable enhancement papers that might apply;
    4.    agree to recommend to the court a three level downward adjustment for acceptance of responsibility; and
    5.    reserve its right to allocute at the time of sentencing (but will agree not to oppose

sentencing your client's request for a sentence at the low end of the sentencing guideline range). The government nonetheless retains its full right to allocate and request any legal sentence following any probation or supervised release revocation proceeding.

This plea offer will expire after November 14, 2006. The government reserves the right to withdraw this plea offer at any time prior to acceptance. Please be advised that subsequent plea offers will be less favorable to your client.

II.   Discovery

   A.   **Documents**

Copies of the following documents are enclosed with this letter:

- Indictment (2 pages)
- Complaint and Statement of Facts (2 pages)
- PD 251 (3 pages)
- PD 252 (1 page)
- UC Report (1 page)
- Gerstein (1 page)
- Photos from scene (4 pages)
- PD 668 Crime Scene Evidence Report (2 pages)
- Certificate of No License (1 page)
- Certificate of No Registration (1 page)
- Certificate of Firearm Examination (1 page)
- DEA Lab Report KW-381 (1 page)
- DEA 7 (1 page)
- Xerox of evidence KW-381 (1 page)
- PD 81 drugs (2 pages)
- KL-125 evidence bag (2 pages)
- PD 81 gun (2 pages)
- PD 81 money (2 pages)
- PD 81 automobile (2 pages)
- Registration Information (1 page)
- Pretrial Services Report (6 pages)
- Superior Court release paper (1 page)

   B.   **Evidence**

      1.   **Physical Evidence**

At trial the government may seek to introduce the physical evidence that is described on the

attached police reports and those items listed below.  This evidence includes:

- Guns and ammunition
- drugs and packaging as indicated in the attached paperwork and completed laboratory analysis
- Photographs of the scene, evidence and your client
- Diagrams or maps of the location where the incident occurred
- UC Report
- Certified Conviction, Crim Case No. 95-336

**2.     Radio Run Information**

__ X __   The government believes there are no recorded communications relevant to this case.
_____   The government believes that there may be recorded communications relevant to this case.  The recording will be provided consistent with the government's obligations under the Jencks Act.  Should we determine that we may use the recorded communications as evidence at trial, we will provide you a copy of the tape after we receive it.

**3.     Identification Evidence**

The government is not aware of any identification procedure used in this case.

**4.     Inspection**

Upon request, you are entitled to inspect and copy or photograph certain books, papers, documents, photographs, tangible objects, buildings or places that are within the possession, custody or control of the government.  *See* Fed R. Crim. P. 16(a)(1)(E).  If you would like to view any of the evidence listed above or described on the attached police reports, please contact me immediately and we can make arrangements for you, or your certified investigator, to inspect the evidence.  These arrangements will include a condition that you not raise any objection to the admissibility of such evidence at trial because of the break in the chain-of-custody occasioned by your inspection.

**5.     Reports of Examinations or Tests and Experts**

The government has provided the Certificate of Firearms Examination with this letter, as well as the chemical analysis of the drugs.  The government has not determined whether fingerprints were obtained in this case, but will provide any fingerprint information as soon as the information becomes available.

**C.     RULE 404(b) EVIDENCE (known at this time)**

The government may seek to admit evidence pursuant to FRE 404(b). In the event that the government seeks to introduce such evidence at trial an appropriate notice will be filed.

**D.     Defendant's Rule 16 Statements**

The defendant stated that he was a user after the police recovered the drugs. The statement was made without any police questioning. If the government becomes aware of any additional statements made by your client you will be notified in writing.

**E.     Criminal Record**

Please refer to the Pretrial Services Report that you received at arraignment for further information about your client's record. A copy of the PSR is included herein for your convenience. I will notify you in writing if the government learns of any additional convictions.

**F.     Government's Discovery Requests**

The government hereby makes a reverse discovery request pursuant to Fed. R. Crim. P. 16(b), including, but not limited to the following:

- notice of documents and tangible objects the defendant expects to introduce;

- a Jencks request for all prior statements of any defense witness (excluding the defendant);

- a Lewis request (for which we request the name, date of birth, sex, and social security number of each defense witness prior to trial); and

- a request for information pertaining to any expert or scientific testimony or evidence;

Pursuant to Fed. R. Crim. P. 16, we note our continuing request to receive any material pursuant to Rule 16(b) as the case proceeds.

**G.     Alibi Demand**

The government makes an alibi demand pursuant to Fed R. Crim. P. 12.1. In accord with Rule 12.1, the government hereby notifies you that the time, date and place of the offense are indicated on the accompanying police paperwork. Pursuant to Rule 12.1, in the event you intend to offer an alibi defense, please direct the appropriate notice to the assigned AUSA within ten days.

**H.     Other Information (Brady / Lewis / Giglio)**

      The government is unaware of any Brady or Giglio information, but is aware of its continuing duty to disclose such information should it become known. Lewis information for the government's witnesses will be provided to you at the time of trial.

**III. Contact Information**

If you have any questions about the information provided above, you may contact me by telephone, fax, mail, or e-mail.

Perham Gorji
Office of the United States Attorney
Federal Major Crimes Section
Room 4233
555 Fourth Street, N.W.
Washington, D.C.  20530

Office:     202-353-8822
Fax:        202-616-3782
E-mail:     perham.gorji@usdoj.gov

If you file any pleading in this case, please note that our zip code has changed recently to 20530.  Also, please fax any pleadings or correspondence so that we may be assured receipt of the document.

                                      Sincerely,

                                      JEFFREY A. TAYLOR
                                    United States Attorney


By:
                                      PERHAM GORJI
                                    Assistant United States Attorney


cc: District Court Case File (without attachments)