UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 06-167 (RBW) |
| v. | : |
| NATHANIEL TAYLOR, | : |
| Defendant. | : |

STATEMENT OF OFFENSE

Were the Government to go to trial in the above-captioned case, the Government would prove the following facts beyond a reasonable doubt:

On June 2, 2006, at about 9:55 p.m., officers of the Metropolitan Police Department ("MPD") were conducting covert operations in reference to citizen complaints of prostitution activity in the 900 block of Taylor Street, N.W., Wasshington, D.C. The defendant NATHANIEL TAYLOR and his friend drove into the block in his friend's Toyota Camry, which was occupied by the defendant in the front passenger seat and his friend, the driver. While in the 900 block of Taylor Street, N.W., the defendant Nathaniel Taylor engaged in a conversation with an undercover officer in which the defendant inquired about the undercover officer performing a sexual act on the defendant in exchange for money. After an agreement was made between the undercover officer and the defendant, the undercover officer gave a pre-arranged signal, at which time arrest teams stopped the defendant in the vehicle. The defendant was arrested. A search incident to arrest revealed a ziplock bag with 3 smaller ziplock bags containing a white rock substance that was later determined to be cocaine base, also known as crack cocaine. MPD officers also recovered $380 in

U.S. Currency from the defendant's right rear pocket. The defendant was seen moving his body as if trying to conceal an object under the passenger seat. The driver of the vehicle consented to a search of the vehicle which revealed a bag containing a loaded Hi-Point .45 caliber semi-automatic handgun, bearing serial number X400740, and containing one round of ammunition in the chamber and seven rounds in the magazine.

At the time of the defendant's arrest in this matter, the defendant had previously been convicted on April 10, 1996, of possession of a firearm by a person previously convicted of a crime punishable by more than a year imprisonment, in United States District Court for the District of Columbia, Criminal Case No. 95-336, an offense punishable by more than one year imprisonment.

Neither the firearm nor the ammunition recovered in this case was manufacture or produced in the District of Columbia.

### DEFENDANT'S ACKNOWLEDGMENT

I have read and discussed the two (2) pages constituting the Statement of Offense in the above-captioned case, 06-167 (RBW), with my attorney, Tony Axam, Esquire. I agree, and acknowledge by my signature that this factual proffer is true and correct.

Date: 1/19/07

_____
Nathaniel Taylor, Defendant

Date: 1/19/07

_____
Tony Axam, Esq.
Attorney for Defendant Nathaniel Taylor