HONORABLE REGGIE B. WALTON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>06-CR-167</u> |
| --- | --- | --- |
| vs. | : | SSN: |
| TAYLOR, Nathaniel | : | Disclosure Date: <u>March 14, 2007</u> |

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( ✓ )   There are no material/factual inaccuracies therein.
(   )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____            3/19/07
Prosecuting Attorney                                Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
(   )   There are no material/factual inaccuracies therein.
( ✓ )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.   *see attached letter

Nathaniel Taylor  3/27/07            _____ 3/27/07
Defendant              Date              Defense Counsel            Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>March 28, 2007</u>, to U.S. Probation Officer <u>Kelli Cave</u>, telephone number <u>(202) 565-1357</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Chief
        United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

**A.J. KRAMER**
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

March 29, 2007

Ms. Kelli Griffin Cave
United States Probation Officer
U.S. District Court
333 Constitution Avenue, N.W.
Washington, DC 20001

RE:   U.S. v. Nathaniel Taylor 06-0167 (RBW)

Dear Ms. Cave:

Attached please find the Receipt and Acknowledgment of the Presentence Investigation Report signed by me, indicating that there are material factual inaccuracies in the pre-sentence report.

Specifically, paragraph 27 notes that Mr. Taylor had his probation revoked and received a sentence of 20 months to 5 years. I would like to challenge this record of Mr. Taylor's criminal history and do not concede its accuracy.

Also, paragraph 28 notes that Mr. Taylor received a sentence of 10 years jail, all but 3 years ESS and then subsequently had his probation revoked and received a sentence of six months incarceration. I would like to challenge this record of Mr. Taylor's criminal history and do not concede its accuracy.

I understand that you may have copies of the records of these convictions. I would likely be able to resolve any objection after reviewing these records. It would also be helpful for me to share copies of the records with Mr. Taylor. Could you provide me copies of them? If not, can we arrange a time for me to review them in your office? If my objections are resolved favorably for Mr. Taylor, his offense level and criminal history category would be reduced and his sentencing guideline range would be lower as well.

Thank you in advance for your attention regarding the objections I raise and thank you for the opportunity to respond to the Presentence Report.

Sincerely,

Tony Axam, Jr.
Assistant Federal Defender

cc:   Param Gorji, Esq.